UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TORRI LAMAN BERRY,

    Petitioner,

v.

MARY BERGHUIS,

    Respondent.
_____/

Case No. 1:09-cv-4

HONORABLE PAUL L. MALONEY

## JUDGMENT

Having issued an order adopting a report and recommendation and denying the petition for writ of habeas corpus, pursuant to FED.R.CIV.P. 58, **JUDGMENT** is hereby entered in favor of respondent and against the petitioner.

Date: May 11, 2011

/s/ Paul L. Maloney
Paul L. Maloney
Chief United States District Judge